**9**

Burrell JOHNSON v. STATE. (No. 10446.) (Court of Criminal Appeals of Texas. Oct. 13, 1926.) Appeal from District Court, San Jacinto County; J. L. Manry, Judge. W. B. Browder, of Willis, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for manufacturing intoxicating liquor; punishment being as-

sessed at confinement in the penitentiary for one year. The record is before this court with no statement of facts nor bills of exception. In such condition, nothing is presented for review. The judgment is affirmed.